**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MENDOZA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, et al.,<br><br>Defendants. | Case No. 3:26-cv-2508-DMS-MSB<br><br><br>**JOINT MOTION TO DISMISS** |

COME NOW THE PARTIES, Plaintiff Anthony Mendoza Perez, by and through his counsel, Mario G. Portugal, and Defendants Christopher J. LaRose, et al., by and through their counsel, Adam Gordon, United States Attorney, and Antonio Estrada, Special Assistant United States Attorney, and hereby jointly agree to dismissal of this case. The parties further agree that each party will bear its own fees and costs of suit. This case is therefore dismissed without court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: June 8, 2026,

s/ Mario G. Portugal
MARIO G. PORTUGAL
Global Law Group SD PC
Attorney for Plaintiff

DATED: June 8, 2026,

ADAM GORDON
United States Attorney

s/ Antonio Estrada
ANTONIO ESTRADA
Special Assistant United States Attorney
Attorneys for Defendants

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Antonio Estrada to affix his electronic signature to this document.

DATED: June 8, 2026,

s/ Mario G. Portugal
Mario G. Portugal
Attorney for Plaintiff

IT IS SO ORDERED.

DATED 6-1-26

UNITED STATES DISTRICT JUDGE

2

3:26-cv-2508-DMS-MSB